# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ERNST,
                          Appellant,
                vs.
ROSEMARY ERNST,
                          Respondent.

No. 79422

FILED

SEP 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order directing the joinder of a new party and continued litigation. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order directing the joinder of a party. This court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                              Cadish

---

[1]Respondent's motion to dismiss, filed on August 28, 2019, is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-37847

cc: Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Charles Ernst
Fine Carman Price
Eighth District Court Clerk